ORIGINAL FILED

APR 0 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
State Bar No. 117315
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1362
  Fax: (415) 703-1234
  Email: peggy.ruffra@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK J. WILSON,<br><br>                      Petitioner,<br><br>v.<br><br>MIKE KNOWLES, Warden,<br><br>                      Respondent. | C 04-2858 JW<br><br>**ANSWER TO ORDER TO SHOW CAUSE** |

Respondent hereby provides this answer to the Order to Show Cause why the petition for writ of habeas corpus should not be granted.

### I.

### CUSTODY

Petitioner is lawfully in the custody of the California Department of Corrections as the result of a judgment of conviction by a Santa Clara County jury of felony driving under the influence with a prior conviction. The trial court found that petitioner had sustained two prior "strike" convictions, and sentenced him to 25 years to life in prison.

### II.

### VERIFICATION

The petition is signed and verified by petitioner.

## III.

## PROCEDURAL ISSUES

The claims in the petition are exhausted. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## IV.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that (1) he was denied due process by the procedure used to determine whether his prior conviction qualified as a strike; (2) the trial court's determination that petitioner's prior conviction qualified as a strike violated *Apprendi v. New Jersey*, 530 U.S. 466 (2000), because it was not made by a jury on a standard of proof beyond a reasonable doubt; and (3) petitioner's sentence was cruel and unusual in violation of the Eighth Amendment.

## V.

## LODGED DOCUMENTS

Respondent has lodged concurrently with the answer the following exhibits: (1) Clerk's Transcript (1 volume); (2) Augmented Clerk's Transcript (1 volume); (3) Reporter's Transcript (4 volumes); (4) Augmented Reporter's Transcript (1 volume); (5) Appellant's Opening Brief; (6) Respondent's Brief; (7) Reply Brief; (8) Opinion by California Court of Appeal; (9) Petition for Review; (10) Order denying review by California Supreme Court.

## VI.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

///

///

## VII.

## CONCLUSION

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

Dated: April 4, 2006

        Respectfully submitted,

        BILL LOCKYER
        Attorney General of the State of California

        ROBERT R. ANDERSON
        Chief Assistant Attorney General

        GERALD A. ENGLER
        Senior Assistant Attorney General

        GREGORY A. OTT
        Deputy Attorney General

*/s/ Peggy S. Ruffra*

PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Respondent

PSR/cfl
SF2005FH0090
20043824.wpd

Answer to Order to Show Cause - C 04-2858 JW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Rick J. Wilson v. Mike Knowles;**      No.:   **C 04-2858 JW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 4, 2006, I served the attached **ANSWER TO ORDER TO SHOW CAUSE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER; NOTICE OF LODGED EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Rick J. Wilson
P-76656
Folsom State Prison
300 Prison Road
P.O. Box 71
Represa, CA 95378-0004

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 4, 2006, at San Francisco, California.

Carmelita F. Limaco
Declarant

Signature

20043864.wpd