Rick Wilson P36656
F.S.P.
P.O. Box 950-B5-A32-30L
Represa, CA. 95671
C-04-2858(JW)(PR)

NC

ORIGINAL

Office of the Clerk, U.S. District Court
Northern Dist. of CA.
280 South first Street 2112
San Jose, CA. 95113-3095

**Filed**

NOV 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE: Motion of Certificate of appealability, Motion of appeal.
and In form Pauperes. C-04-2858-JW-(PR) motion
for extension of time.

Date: November 13, 2007

Dear Judge Ware:

Good day & Happy thanksgiving to you and your family. Enclosed you will find my motion for Certificate of appealability. Please take note that I filed a notice of appeal, motion for extension of time to file COA, and a form of In Pauperis on September 14, 2007.

Please forgive the delay and haste of the motions. Emergency Generator testing has been going on here & revealed a faulty generator which has resulted in power outages. Which here equals to no yard, no law library. Coupled w/ a lock down due to no fault of me personnaly and I have littarally had a grand total of 6 HRS in the law library for the last 60 days.

Please take notice that a motion for my Record to be designated to the 9th circuit is forth coming. From my Reading it appears I must do that, and quickly. As I am sure you are aware, the sooner the better.

Thank you for your time Sir. Happy Holidays
Please take notice of the mailbox Rule.

Sincerely,

Rick J. Wilson