IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK J. WILSON, | CASE NO. 5:04-cv-02858 EJD |
| Petitioner(s), | **JUDGMENT** |
| v. | |
| MIKE KNOWLES, Warden, | |
| Respondent(s). | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus and Vacating Sentence (see Docket Item No. 76),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Petitioner and against Respondent. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 25, 2012

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:04-cv-02858 EJD
JUDGMENT

1